# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

[X] 1st Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
[ ] ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Noel Garcia**    JOINT DEBTOR: _____    CASE NO.: **09-13958**

Last Four Digits of SS# **xxx-xx-4837**    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **0** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A. $ **110.00** for months **1** to **60**;
- B. $ _____ for months ____ to ____;
- C. $ _____ for months ____ to ____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,000.00**    TOTAL PAID $ **3,000.00**
Balance Due $ **0**    _____ /month (Months ____ to ____)

**Secured Creditors:** [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

-NONE-    Arrearage on Petition Date $ _____ /month (Months __ to __)
Address: _____    Arrears Payment $ _____ /month (Months __ to __)
Account No: _____    Regular Payment $ _____

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Chase Bank<br>Attn: Home Equity Loan Svs<br>POB 24714<br>Columbus, OH 43224 | 2nd mortgage on residence at 7410 23rd Street, Margate, FL 33063<br>Value: $250,000 | 0<br>Lien To Be Avoided | 0<br>Lien To Be Avoided | 0<br>Lien To Be Avoided | 0<br>Lien To Be Avoided |
| Countrywide Home Loans<br>Customer Service SVB-314<br>POB 5170<br>Simi Valley, CA 93062 | 1st Mortgage on 3272 Coral Lake Lane<br>Coral Springs, FL 33065<br>Value: $60,000 | 5.00%<br>A.P.R. | 0<br>Payments To Be Paid Directly | 0<br>Payments To Be Paid Directly | 0<br>Payments To Be Paid Directly |
| Countrywide Home Loans<br>MSN 314B<br>POB 5170<br>Simi Valley, CA 93062 | 2nd Mortgage on 3272 Coral Lake Lane<br>Coral Springs, FL 33065<br>Value: $60,000 | 0<br>Lien To Be Avoided | 0<br>Lien To Be Avoided | 0<br>Lien To Be Avoided | 0<br>Lien To Be Avoided |

**Priority Creditors:** [as defined in 11 U.S.C. §507]

-NONE-    Total Due $ _____    (Months __ to __)    Regular Payment $ _____
Payable $ _____ /month

**Unsecured Creditors:** Pay $ **99.00** /month (Months **1** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

The 1st Mortgage held by Indymac Bank upon the debtor's residence at 7410 NW 23rd Street, Margate, FL 33063 shall be paid directly, outside the plan.

The 1st Mortgage held by BAC Home Loan Servicing, L.P. (formerly known as Countrywide Home Loans Servicing, L.P., Countrywide Home Loans, Inc. and Countrywide Mortgage Ventures, LLC) shall be paid directly, outside the plan, as follows: The 1st mortgage shall be reduced to $60,000.00 and shall be paid, directly and outside the plan, in 120 equal monthly installments at the annual interest rate of 5.00% of $639.00 per month, commencing August 1, 2009. BAC Home Loan Servicing, L.P. shall have an allowed, general unsecured claim of $58,516.94 on this 1st mortgage, payable on a pro rata basis by the Trustee to be calculated upon review of filed claims in this case.

The 2nd Mortgage held by BAC Home Loan Servicing, L.P. (formerly known as Countrywide Home Loans Servicing, L.P., Countrywide Home Loans, Inc., and Countrywide Mortgage Ventures, LLC) shall be avoided, with no mortgage payments thereon. BAC Home Loan Servicing, L.P. shall have an allowed, unsecured claim of $14,229.76 on this 2nd mortgage, payable on a pro rata basis by the Trustee to be calculated upon review of filed claims in this case.

The vehicle loan of Honda Financial Services shall be paid directly.

The timeshare of Fairfield Orlando at Bonnett Creek Resort shall be surrendered.

The debtor's property at 727 NW 15th Avenue, Ft. Lauderdale, FL 33311, which is secured by a first mortgage held by Countrywide FSB shall be surrendered.

I declare that the foregoing Chapter 13 plan is true and correct under the penalties of perjury.

_____
Noel Garcia

Date: JUNE 9, 2009