

**ORDERED in the Southern District of Florida on June 08, 2009.**

Raymond B. Ray, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

In re:

NOEL GARCIA

    Debtor

Case No. 09-13958 - RBR
Chapter 13

### AGREED ORDER GRANTING DEBTOR'S MOTION TO VALUE COLLATERAL IN PLAN AND AVOID LIEN

THIS MATTER was filed by the Debtor to Value Collateral In Plan and Avoid Lien as to the first and second mortgages held by Countrywide Mortgage Ventures, LLC as assigned to Countrywide Home Loans, Inc., t/a/ Countrywide Home Loans Servicing, L.P., and now known as BAC Home Loans Servicing, L.P. [hereafter collectively known as "BAC Home Loan Servicing, L.P."].

Based on the record, and the agreement of the parties, and the Court being otherwise fully advised in the premises, it is thereupon

ORDERED AND DECREED:

1. BAC Home Loans Servicing, L.P. was properly served the present motion and Notice of Hearing pursuant to F.R.B.P. 7004, F.R.B.P. 7005, and F.R.B.P 7006.

2. The debtor's property located at 3272 Coral Lake Lane, Coral Springs, FL 33065 legally described as:

Unit No. 3272, Building 29, of CRESCENT COVE CONDOMINIUM, according to the Declaration of Condominium thereof, as recorded in official Records Book 41450, Page 1307, of the Public Records of Broward County, Florida, together with an undivided interest in the common elements appurtenant thereto as set forth in said Declaration of Condominium

has a fair market value of $60,000.00.

3. BAC Home Loans Servicing, L.P. holds a first mortgage on said property with a principal balance of $110,159.02. BAC Home Loans Servicing, L.P. holds a second mortgage on said property with a principal balance of $14,229.76.

## RELIEF ORDERED

4. The Motion To Value Collateral in Plan and To Avoid Lien and modify the rights of BAC Home Loan Servicing, L.P. in the debtor's real property is GRANTED.

5. The second mortgage of BAC Home Loans Servicing, L.P. recorded in OR BK 43047 Page 1695, Public Records of Broward County, Florida encumbering the debtor's real estate shall be treated as wholly unsecured for the purpose of this case.

6. Upon successful completion of the Debtors' chapter 13 plan and the entry of a discharge under §1328(a), the lien shall be deemed null and void and no longer a lien against the above described property.

7. Should the debtor fail to complete his chapter 13 plan and receive a discharge under §1328(a), then the lien shall remain.

8. The first mortgage of BAC Home Loans Servicing, L.P. recorded in OR BK 43047 Page 1673, Public Records for Broward County, Florida shall be treated, for the purpose of this case as secured in the sum of $60,000.00 and unsecured in the sum of $58,516.94. The first mortgage shall be directly payable by the debtor in 120 equal monthly installments at the annual interest rate of 5.00% of $636.39 per month, commencing August 1, 2009. BAC Home Loans Servicing, L.P. shall have allowed, general unsecured claims in the amount of $58,516.94 on its first mortgage and $14,229.76 on its second mortgage, payable on a pro rata basis by the Trustee to be calculated upon review of filed claims in this case.

9. Should Debtor complete his chapter 13 plan and receive a discharge under §1328(a),, then all prior promissory notes and mortgage instruments directly and indirectly related to the aforementioned mortgages shall be deemed modified by the terms of this Order.

10.	Should the debtor fail to complete his chapter 13 plan and receive a discharge under §1328(a), then said mortgages shall remain unchanged.

### # # #

Consent:

/s/Leslie S. Auerbach     /s/ Frederic J. Dispigna
Leslie S. Auerbach, Esq.     Frederic J. Dispigna, Esq.
433 Plaza Real, Suite 275     Law Offices of David J. Stern, P.A.
Boca Raton, FL 33432     900 S. Pine Island Drive, Suite 400
561-962-4160     Plantation, FL 33324
561-962-4260 (Fax)     954-233-8000, Ext. 207
Attorney for Debtor     Attorney for BAC Home Loans Servicing, L.P.

Submitted by:
Leslie S. Auerbach, Esq.
433 Plaza Real, Suite 275
Boca Raton, FL 33432
561-962-4160
561-962-4260 (Fax)
les@auerbachlawfirm.com

Debtor's counsel is directed to mail a copy of this Order to interested parties.