UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 09-13958-BKC-RBR
PROCEEDING UNDER CHAPTER 13

IN RE:

NOEL GARCIA
XXX-XX-4837

DEBTOR_____/

### TRUSTEE'S MOTION TO DEVIATE FROM PLAN AND DEEM CLAIM WITHDRAWN AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced case ("Trustee"), hereby files the Trustee's Motion to Deviate From Plan ("Motion") and Deem Claim Withdrawn and Certificate of Service of Court Generated Notice of Hearing pursuant to 11 U.S.C. §§ 502 and 1329 and Federal Rules of Bankruptcy Procedure 2002 and 3007, and states:

1. The Debtor filed a voluntary Chapter 13 Petition on **March 8, 2009**.

2. The Debtor's Chapter 13 Plan was confirmed on **June 18, 2009**.

3. COUNTRYWIDE HOME LOANS INC ("Creditor"), Account #9180, has filed a Proof of Claim, Court Claim #4 ("Claim"), but refuses to accept payments from the Trustee and the Debtor has not modified the Plan accordingly.

4. The Trustee requests permission to deviate from the Plan and disburse payments allocated to Creditor to pay administrative, secured, and priority creditors more quickly (if applicable) and increase the amount paid to allowed unsecured creditors by the balance due to Creditor for the remainder of the Plan term.

5. The Trustee requests the Debtor be required to continue making payments under the Plan and not increase or decrease those payments unless further ordered by this Court.

**WHEREFORE** the Trustee respectfully requests this Honorable Court grant the Motion and enter an Order Deviating from the Plan, deeming the Claim withdrawn, allowing the Trustee to disburse payments allocated to Creditor to pay administrative, secured and priority creditors more quickly (if applicable) and increase the amount paid to allowed unsecured creditors by the balance due to Creditor for the remainder of the Plan term, require the Debtor to continue making payments under the Plan until further order of this Court, and for such other and further relief as the Court deems just and proper.

MOTION TO DEVIATE  
CASE NO.:  09-13958-BKC-RBR

  **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Deviate From Plan and Deem Claim Withdrawn and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail and/or CM/ECF, upon the parties listed below this 24th day of April, 2013.

*/s/ Robin R. Weiner*  
ROBIN R. WEINER, ESQUIRE  
STANDING CHAPTER 13 TRUSTEE  
P.O. BOX 559007  
FORT LAUDERDALE, FL 33355-9007  
TELEPHONE: 954-382-2001  
FLORIDA BAR NO.: 861154

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**  
NOEL GARCIA  
7410 NW 23 STREET  
MARGATE, FL  33063

**ATTORNEY FOR DEBTOR**  
LESLIE S. AUERBACH, ESQUIRE  
AUERBACH & SIMMONS  
433 PLAZA REAL, SUITE 275  
BOCA RATON, FL  33432

**CREDITOR**  
COUNTRYWIDE HOME LOANS INC  
7105 CORPORATE DRIVE  
MAIL STOP PTX-B-209  
PLANO,  TX  75024

**ADDITIONAL CREDITORS**  
BAC HOME LOAN SERVICING LP  
7105 CORPORATE DRIVE  
MAIL STOP TX2-982-03-03  
PLANO,  TX  75024

MOTION TO DEVIATE
CASE NO.:  09-13958-BKC-RBR

CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND RD
PLANTATION,  FL  33324

DAVID J. STERN, P.A.
900 SOUTH PINE ISLAND RD.
SUITE 400
PLANTATION,  FL  33324

BANK OF AMERICA CORP.
C/O BRIAN T. MOYNIHAN
100 S. TRYON ST.
CHARLOTTE,  NC  28202

COUNTRYWIDE HOME LOAN SCVS
C/O MCCALLA RAYMER, LLC
PO BOX 105364
ATLANTA,  GA  30348